UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARING PARK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY OF CALIFORNIA SAN FRANCISCO,<br><br>　　　　Defendant. | Case No.17-cv-05944-HSG<br><br>**ORDER DISMISSING THE CASE WITH PREJUDICE** |

On October 20, 2017, the Court dismissed Plaintiff Waring Park's complaint for failure to state a claim upon which relief can be granted, and granted leave to file an amended complaint by November 10, 2017. Dkt. No. 7. The Court made clear in its order that failure to adhere to this deadline may result in the dismissal of this action with prejudice. *Id.* at 4. Because Plaintiff did not file an amended complaint by the deadline (and has not done so to date), this action is dismissed with prejudice. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 11/17/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge