United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARING PARK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF CALIFORNIA SAN FRANCISCO,<br><br>　　　　　Defendant. | Case No. 17-cv-05944-HSG<br><br>**ORDER REGARDING LETTER FROM WARING PARK**<br><br>Re: Dkt. No. 17 |

　　　　Plaintiff Waring Park has filed a letter in this closed case, requesting the restoration of Supplemental Security Income payments. Dkt. No. 17. It appears that Plaintiff is seeking to file a new action. Accordingly, the Clerk of the Court is directed to send Plaintiff two copies of the Court's social security complaint form. Plaintiff is reminded that to commence a new action, he must pay a filing fee or submit a request for leave to proceed in forma pauperis. This case remains closed, and no further filings will be accepted in this case.

　　　　**IT IS SO ORDERED.**

Dated: 8/12/2022

　　　　　　　　　　　　　　　　　　　　_Haywood S. Gilliam Jr._
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge